# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| KAUSER PERVEEN | § | |
| | § | |
| vs. | § | Case No. 4:11-cv-137 |
| | § | (Judge Schneider/Judge Mazzant) |
| TRACY TARANGO, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 7, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss for Mootness (Dkt. #26) should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss for Mootness (Dkt. #26) is **GRANTED** and the case is hereby **DISMISSED** for lack of subject matter jurisdiction.

It is SO ORDERED.

SIGNED this 31st day of October, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE